**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| KALENA KRUEGER and<br>ALAXANDRA RUTELLA,<br><br>        Plaintiffs,<br><br>    v.<br><br>DR. NOAH'S ARK VETERINARY CLINIC, NOAH ARNOLD, and ABC INSURANCE COMPANY,<br><br>        Defendants. | Case No.: 20-CV-1495 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney was retained to appear as counsel on behalf of Plaintiffs. Counsel hereby requests that all future papers, pleadings and other documents be sent to the undersigned attorney.

Dated this 25th day of September, 2020.

**CADE LAW GROUP LLC**

By: s /Nathaniel Cade, Jr.
Nathaniel Cade, Jr., SBN 1028115
P.O. Box 170887
Milwaukee, WI 53217
(414) 255-3802 (o)
(414) 255-3804 (f)
nate@cade-law.com
Attorneys for Plaintiffs