# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

Kalena Krueger and Alaxandra Rutella

PLAINTIFF,

v.

Dr. Noah's Ark Veterinary Clinic, et als

DEFENDANT(S)

Case No.: **2:20-cv-1495**

## AFFIDAVIT OF PERSONAL SERVICE

I, Shawn Conrad, being first duly sworn, on oath deposes and says:

1. I am an adult resident of the State of Wisconsin and not interested in, nor party to, the above titled action.

2. On **October 5, 2020 at 4:05 PM** at the address of **4604 N. Wilson Drive, Shorewood, WI**, I served the Authenticated Summons in a Civil Action; Complaint; Exhibits personally by delivering to and leaving these documents with Defendant **Noah Arnold**.

I declare under penalties of perjury that the information contained herein is true and correct.

Dated on October 7, 2020,

By: _____

Shawn Conrad, Authorized Process Server

**CREAM CITY PROCESS**

1433 N. Water St., Suite 400
Milwaukee, WI 53202
414-212-5323 | creamcityprocess.com

Fee for Service: $30.00

State of Wisconsin, County of Milwaukee
Subscribed and sworn to before me on 10/7/20

_____
Notary Public, State of Wisconsin
My commission expires: 10/20/22