UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KALENA KRUEGER and ALAXANDRA RUTELLA,<br><br>    Plaintiffs,<br><br>v.<br><br>DR. NOAH'S ARK VETERINARY CLINIC; NOAH ARNOLD; ABC INSURANCE CO.<br><br>    Defendant | Case No.: 20-CV-01495<br><br>Jury Trial Demanded |

**PLAINTIFFS' F.R.C.P. 7.1 DISCLOSURE STATEMENT**

The undersigned, counsel of record for Plaintiffs Kalena Krueger and Alaxandra Rutella, furnish the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1) **State the full name of every party or amicus the attorney represents in the action:** Kalena Krueger and Alaxandra Rutella.

2) **Identify any parent corporation and any publicly held corporation owning 10% or more of its stock:** Plaintiffs state that each Plaintiff is an individual, and therefore does not have a parent corporation of any issued stock.

3) **State the names of all law firms whose attorneys will appear, or are expected to appear, for Plaintiffs in this Court:** Nathaniel Cade, Jr. and Carlos R. Pastrana, Cade Law Group, LLC; P.O. Box 170887, Milwaukee, WI 53217.

Dated this 5th day of January, 2021.

**CADE LAW GROUP LLC**

By: *s/ Carlos R. Pastrana*

Carlos R. Pastrana
Nathaniel Cade, Jr.
P.O. Box 170887
Milwaukee, WI 53217
(414) 255-3802 (phone)
carlos@cade-law.com
nate@cade-law.com
Attorneys for Plaintiffs Kalena Krueger and Alaxandra Rutella