UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KALENA KRUEGER,
ALAXANDRA RUTELLA,

    Plaintiffs,

v.

                      Case No.:20-CV-1495

DR. NOAH'S ARK VETERINARY CLINIC,
NOAH ARNOLD, ABC INSURANCE COMPANY,

    Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED AND STIPULATED to by and between the parties, through their counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action shall be dismissed without a court order, including all claims alleged and claims that could have been alleged, with prejudice and without further cost to any party.

Date: 7/3/2021          BY:   s:/ Carlos R. Pastrana
                                          Carlos R. Pastrana
                                          State Bar No.: 1088286
                                          Attorneys for Plaintiffs
                                          Cade Law Group
                                          P.O. Box 170887
                                          Milwaukee, WI 53217
                                          Phone: 414-255-3802
                                          carlos@cade-law.com

Date: 7/3/2021          BY:   s:/ Christina A. Katt
                                          Christina A. Katt
                                          State Bar No.: 1073979
                                          Attorneys for Defendants, Dr. Noah's Ark
                                          Veterinary Clinic and Noah Arnold
                                          Wilson Elser Moskowitz Edelman & Dicker, LLP
                                          555 East Wells St., Ste. 1730
                                          Milwaukee, WI 53202
                                          Phone: 414-276-8816
                                          christina.katt@wilsonelser.com