# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KALENA KRUEGER and
ALAXANDRA RUTELLA,

        Plaintiffs,

v.

DR. NOAH'S ARK VETERINARY
CLINIC, DR. NOAH ARNOLD, and
ABC INSURANCE COMPANY,

        Defendants.

Case No. 20-CV-1495-JPS

**ORDER**

On September 25, 2020, Plaintiffs filed an action in this court alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq* and Wisconsin state law. (Docket #1). On July 3, 2021, the parties in this matter filed a stipulation to dismiss with prejudice and without costs to either party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Docket #11). The Court will adopt the stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation for dismissal (Docket #11) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 6th day of July, 2021.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge